435 A.2d 249

Hillebrand, Appellant v. Schwabenbauer et al.

Argued December 4, 1980. William L. Keller, for appellant; Hugh J. Hutchison, for Schwabenbauer, appellee; John A. Shrader, did not file a brief on behalf of Baltimore & Ohio Railroad Co., appellee; Michael Bolechowski, did not file a brief on behalf of Commonwealth and Dept. of Transportation, appellees.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The order of the lower court is hereby affirmed.